IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CATHY D. WILKEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  04-CV-402-DRH |
| ) | |
| THE PURDUE PHARMA COMPANY,) | |
| PURDUE PHARMA, L.P., ) | |
| PURDUE PHARMA INC., ) | |
| PURDUE FREDERICK COMPANY, ) | |
| THE P.F. LABORABORIES, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**HERNDON, District Judge:**

Pursuant to Plaintiff's Motion to Stay (Doc. 93), agreed upon by all Defendants herein, this Court hereby **GRANTS** the Motion to Stay Proceedings and the case is hereby **STAYED** as to the Plaintiff and Defendants, The Purdue Pharma Company, Purdue Pharma L.P., Purdue Pharma Inc., Purdue Frederick Company, The P.F. Laboratories, Inc, until October 17, 2006.

With respect to existing deadlines, if any, they are hereby continued and shall not be applicable until further order of this Court.

**IT IS SO ORDERED.**

Signed this 22nd day of September, 2006.

/s/        David   RHerndon
**United States District Judge**