## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CATHY D. WILKEN and
RONALD L. WILKEN,

      **Plaintiffs,**

      **vs.**                               **Cause No. 04-CV-402 DRH**

THE PERDUE PHARMA COMPANY
PURDUE PHARMA, L.P.,
PURDUE PHARMA, INC.,
PURDUE FREDERICK COMPANY,
THE P.F. LABORATORIES, INC., and
MALLINCKRODT, INC.,

      **Defendant**s.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising

this Court that the above action has been settled; and/or having been advised by counsel for the

parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with

each party to bear its own costs.-------------------------------------------------------------------------

                                              **NORBERT G. JAWORSKI, CLERK**

January 22, 2007                          By:   s/Patricia Brown
                                          Deputy Clerk

APPROVED: /s/    David   RHerndon
                **U.S. DISTRICT JUDGE**